# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernestina Rose Ybarra,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Parties, et al.,<br><br>    Defendants. | No. CV-19-00607-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss (Doc. 31), filed on February 18, 2020,

**IT IS ORDERED** approving the Stipulation (Doc. 31) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 19th day of February, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge